IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| Rolandette Glenn *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | |
| Tyson Foods, Inc.; Jason Orsak; Erica Anthony; and Maria Cruz, | § § § § § | CIVIL ACTION NO. 9:20-CV-00184-RC-ZJH |
| *Defendants* | § § § | |

## ORDER

This Court, having considered Plaintiffs' Motion to Remand, all responsive briefing, and the arguments of counsel, is of the opinion that it should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Remand is in all things GRANTED. This case is hereby remanded to the 273rd Judicial District Court of Shelby County, Texas.

SIGNED this, the ____ day of _____, 2020.

_____
PRESIDING JUDGE