**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ROLANDETTE GLENN ET AL. | § | |
| | § | |
| v. | § | CASE NO.  9:20-CV-184 |
| | § | |
| TYSON FOODS INC. ET AL. | § | JUDGE RON CLARK |
| | § | |
| | § | |

## ORDER TRANSFERRING CASE

For effective disposition of cases in the Eastern District of Texas, this Lufkin civil case is hereby transferred from Judge Ron Clark to Judge Michael Truncale.

**So Ordered and Signed**
Oct 9, 2020

_____
Ron Clark
Senior Judge

1