# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 08, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

      No. 21-40622 cons. w/ 21-11110
      Glenn v. Tyson Foods
      USDC No. 9:20-CV-184
      USDC No. 3:21-CV-1184

The court has granted the motion to consolidate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Christina Rachal*

                By: _____
                Christina C. Rachal, Deputy Clerk
                504-310-7651

Mr. Kurt B. Arnold
Ms. Andrea Butler
Ms. Kirsten Marisol Castaneda
Mr. Paul D. Clement
Mr. Christopher S. Coleman
Mr. Andrew R. Gould
Mr. Zachary Thomas Mayer
Ms. Karen S. Mitchell
Ms. Erin Murphy
Mr. David O'Toole
Mr. C. Harker Rhodes IV

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

---

Case No. 21-40622

---

Rolandette Glenn; Idell Bell; Kerry Cartwright; Tammy Fletcher; Laveka Jenkins; Kiesha Johnson; Ronald Johnson; Daisy Williams; Danica Wilson; John Wyatt; Crystal Wyatt; Clifford Bell, Individually and asPersonal Representative of the Estate of Beverly Whitsey,

    Plaintiffs - Appellees

v.

Tyson Foods, Incorporated; Jason Orsak; Erica Anthony; Maria Cruz,

    Defendants - Appellants

consolidated with

---

No. 21-11110

---

Maria Yolanda Chavez, Individually and on behalf of Minor LC and Estate of Jose Angel Chavez; Angel Chavez; Rita Elaine Cowan, Individually and on behalf of the Estate of Thomas David Cowan,

    Plaintiffs - Appellees

v.

Tyson Foods, Incorporated, doing business as Tyson Foods; Tyson Fresh Meats, Incorporated,

    Defendants - Appellants