# United States Court of Appeals
# for the Fifth Circuit

───────

No. 21-40622

───────

ROLANDETTE GLENN; IDELL BELL; KERRY CARTWRIGHT; TAMMY FLETCHER; LAVEKA JENKINS; KIESHA JOHNSON; RONALD JOHNSON; DAISY WILLIAMS; DANICA WILSON; JOHN WYATT; CRYSTAL WYATT; CLIFFORD BELL, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BEVERLY WHITSEY,

*Plaintiffs—Appellees,*

*versus*

TYSON FOODS, INCORPORATED; JASON ORSAK; ERICA ANTHONY; MARIA CRUZ,

*Defendants—Appellants,*

CONSOLIDATED WITH

───────

No. 21-11110

───────

MARIA YOLANDA CHAVEZ, INDIVIDUALLY AND *on behalf of* MINOR LC AND ESTATE OF JOSE ANGEL CHAVEZ; ANGEL CHAVEZ; RITA ELAINE COWAN, INDIVIDUALLY AND *on behalf of* THE ESTATE OF THOMAS DAVID COWAN,

*Plaintiffs—Appellees,*

*versus*

Case 2:21-cv-00234-MJT Document 46 Filed 01/03/22 Page 2 of 2 PageID #: 2260
Case: 21-40622 Document: 00516155385 Page: 2 Date Filed: 01/03/2022

No. 21-40622

Tyson Foods, Incorporated, *doing business as* Tyson Foods; Tyson Fresh Meats, Incorporated,

                              *Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:20-CV-184
USDC No. 3:21-CV-1184

_____

ORDER:

    IT IS ORDERED that Amicus Party *Public Citizen's* motion for an extension of time to file an Amicus brief to and until January 10, 2022 is GRANTED.

_____
Gregg Costa
*United States Circuit Judge*